PD-1281-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/25/2015 11:58:22 PM
Accepted 9/30/2015 1:10:58 PM
ABEL ACOSTA
CLERK

CAUSE NO. 01-14-00496-CR

| STATE OF TEXAS | § | IN THE COURT |
| | | |
| VS. | § | OF CRIMINAL APPEALS |
| | | |
| PATRICK HURD | § | OF TEXAS |

## MOTION TO EXTEND TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

Now comes PATRICK HURD, appellant in the above-styled and numbered cause, and moves for an extension of time of 30 days to file a petition for discretionary review, and for good cause shows the following:

I.

This case is on appeal from the 1st Court of Appeals in Cause No. 01-14-00496-CR, Styled V. PATRICK HURD V. the STATE OF TEXAS.

II.

The original case below was from the 155th Judicial District Court of Austin County, Texas and was styled the STATE OF TEXAS V. PATRICK HURD and numbered 2013R-0086.

FILED IN
COURT OF CRIMINAL APPEALS

September 30, 2015

ABEL ACOSTA, CLERK

## III.

Appellant was found guilty of burglary of a building (enhanced to 2nd degree) by a jury. Sentence was imposed at fifteen years in the Institutional Division of the Texas Department of Criminal Justice on July 31, 2013 by the Honorable Jeff Steinhauser, Judge in the 155th District Court and was styled the STATE OF TEXAS V. PATRICK HURD and numbered 2013R-0086.

## IV.

Appeal was had to the First Court of Appeals. On August 20, 2015, the First Court of Appeals affirmed appellant's conviction in the above cause. The Petition for Discretionary Review was therefore due on September 20, 2015. This is appellant's first request to extend the time of filing of his Petition for Discretionary Review.

## V.

Appellant's counsel now requests an extension of time of 30 days from the date the PDR was due to October 20, 2015, for reasons that follow.

## VI.

Counsel has been unable to complete Appellant's PDR within the required time period. Appellant relies on the following facts as good cause for his requested extension of the time for filing:

## VII.

Counsel is a solo practitioner, under contract for all services criminal and juvenile services in Austin County(with two other attorneys). Further, counsel has been set in the following court matters in the courts indicated since the time the PDR was due:

8-25-15-ACD-PRESSWOOD,MADISON,GARZA,TESAR,WALLACE,

D-CAMACHO,HOES,MOORE

8-27-15-ACCL-HILL,JONES

8-31-15-ACD-PICKRON TRIAL (MURDER CASE)

9-8-15-ACD-TARVER,

9-10-15-ACCL-CAMPBELL,THORPE,OLVERA

9-11-15-WCD-HOUSTON-SENT-HRG

9-17-15-ACCL-THOMAS

Further, counsel was or is set in the following proceeding from said due date to the requested extension date.

9-21-15-WCJP-ONE-CUTBIRTH

9-22-15-ACD-WARD,CASTRO,GALLEGOS,PENRICE,
      CAMPBELL,ANDRUS

9-24-15-ACCL-THOMAS, HARRIS
      ACCL-MCANDREWS-CUSTODY HRG

10-7-15-WCCL-STAMPS,PRIDGETT

10-13-15-ACD-PT-PICKRON,BLUNTSON,BATES,COOK,NELSON,
      PRESSWOOD,TARVER TR-11215

Moreover, appellant's counsel has PDR due on September 28, 2015 in Cause No. 01-14-00431-CR, Styled : Marianne Marek V. State. Further, appellant's counsel has PDR due on October 5, 2015 Appeals in Cause NO. 03-13-00595-CR, Styled : Joseph Edward McKenzie V. State.

WCD506    - WALLER COUNTY 506TH DISTRICT COURT

ACD      - AUSTIN COUNTY 155TH DISTRICT COURT

ACCL     - AUSTIN COUNTY COURT AT LAW

WCJP-ONE  - WALLER COUNTY JUSTICE OF THE PEACE ONE

WHEREFORE, PREMISES CONSIDERED, appellant respect-
fully requests an extension of 30 days from the due date
to file his petition for discretionary review.

Respectfully submitted,

CALVIN GARVIE
POST OFFICE BOX 416
BELLVILLE, TEXAS 77418
    (979) 865 - 5456

BY:/s/ Calvin Garvie
    CALVIN GARVIE
    STATE BAR NO.:07714300
    TEXATTYCG@AOL.COM
    ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that a true copy of this extension
request was delivered or sent to the offices of the
Austin County District Attorney, One East Main,
Bellville, Texas 77418 and the State Prosecuting
Attorney, P.O. Box 12405, Austin, Texas 78711 on
September 25, 2015 by e-mail or fax.

BY:/s/ Calvin Garvie
    CALVIN GARVIE

STATE OF TEXAS           §
                                  §

COUNTY OF AUSTIN     §

<u>AFFIDAVIT</u>

BEFORE ME, the undersigned authority, on this day personally appeared CALVIN GARVIE, who after being duly sworn stated:

> "I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW and swear that all of the allegations of fact contained therein are true and correct to the best of my knowledge."



_____
CALVIN GARVIE

Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on September 25, 2015, to certify which witness my hand and seal of office.

_Debbie K. McCoslin_
_____
Notary Public, State of Texas

DEBBIE K. MCCOSLIN
MY COMMISSION EXPIRES
October 20, 2016